# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jiwanjot Singh

    Plaintiff(s),

  vs.

Markwayne Mullin, et al.,

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-01493-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jashan Multani_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Multani Law Group, PLLC
(firm name)

with offices at _____13106 SE 240th ST, Suite 110_____,
(street address)

_____Kent_____, _____Washington_____, ___98031___,
(city)      (state)     (zip code)

___206-243-4219___, ___jashan@multanilawgroup.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Jiwanjot Singh_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____10/18/2022_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____Washington_____
(state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington State Court | 10/18/2022 | 60073 |
| Western District Court of WA | 12/16/2024 | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Washington_____ )
                                 )
COUNTY OF _____King_____ )

_____Jashan Multani_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__26__ day of ___May___, __2026__.

_____
Notary Public or Clerk of Court

ANDRES AGUILAR
Notary Public
State of Washington
Commission # 26005836
My Comm. Expires Jan 22, 2030

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____T. Laura Lui_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____5902 Simons Dr_____,
(street address)

_____Reno_____, _____Nevada_____, __89523__,
(city)                    (state)              (zip code)

____801-890-5366____, ____llui@fslaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ T. Laura Lui _____ as
                                                    (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ T. Laura Lui
(party's signature)

T. Laura Lui
(type or print party name, title)

(party's signature)

Jashan Multani
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ T. Laura Lui
Designated Resident Nevada Counsel's signature

5535                                         llui@fslaw.com
Bar number                            Email address

APPROVED:

Dated: this __5__ day of __June__, 20 _26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States District Court

## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, Joshua C. Lewis, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Jashan Multani** was admitted to practice in said Court on **December 16, 2024** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on February 20, 2026.

Joshua C. Lewis
Clerk

By _____ Deputy Clerk